**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: March 27, 2023<br>Docket #: 22-38cv<br>Short Title: Agudath Israel of America v. Hochul | DC Docket #: 20-cv-4834<br>DC Court: EDNY (BROOKLYN)<br>DC Judge: Levy<br>DC Judge: Matsumoto |

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8541.